# EXHIBIT F

1

1

2      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
3
       - - - - - - - - - - - - - - - - - - -x
4      JOHN E. LAVIN,

5                          Plaintiff,

6            -against-                        Case No.
                                              09-CIV-8610
7      BRIEFLY STATED, INC. and BRIEFLY          (CM)
       STATED, INC. PROFIT SHARING PLAN,
8
                           Defendants.
9      - - - - - - - - - - - - - - - - - - -x

10
                                              **ORIGINAL**
11                       April 6, 2010
                         10:11 a.m.
12

13

14            Deposition of DAVID WEINSTOCK, taken

15      by Plaintiff, pursuant to Subpoena, held at the

16      offices of Cohen, Weiss and Simon LLP, 330 West 42nd

17      Street, New York, New York, before Ann Brunetti, a

18      Shorthand Reporter and Notary Public within and for

19      the State of New York.

20

21

22

23

24

25

1                     D. Weinstock

2     letter says, "According to your instructions, we have

3     allocated $544,511 of forfeitures to the appropriate

4     participants"; do you see that?

5          A     Yes.

6          Q     What's that a reference to?

7          A     It's in reference to an allocation

8     that was made for the 2006 plan year to the eligible

9     participants in the profit sharing plan which was

10    formerly the Briefly Stated ESOP.

11         Q     And was that an allocation of forfeiture

12    money?

13         A     Yes.

14         Q     Are you an actuary?

15         A     Yes.

16         Q     How long have you been an actuary?

17         A     25 to 30 years.

18         Q     And do you have experience with profit

19    sharing plans?

20         A     Yes.

21         Q     In the sentence above the sentence I just

22    quoted, it says, "There is no contribution made for the

23    January 1, 2006 through December 31, 2006 plan year";

24    do you see that?

25         A     Yes.