Peter D. DeChiara (PD 0719)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6976
Tel:  (212) 563-4100
Fax:  (212) 695-5436
pdechiara@cwsny.com

Attorneys for Plaintiff John E. Lavin



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JOHN E. LAVIN,                                                   :
                                                                 :
                    *Plaintiff*,                                 :
                                                                 :
    - v. -                                                       :
                                                                 :
BRIEFLY STATED, INC. and BRIEFLY STATED                          :
INC. PROFIT SHARING PLAN,                                        :
                                                                 :   Case No. 09-Civ.-8610 (CM)
                    *Defendants.*                                :   (FM)
                                                                 :
                                                                 :
------------------------------------------------------------------ X

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff John E. Lavin ("Lavin") hereby appeals to the United States Court of Appeals for the Second Circuit the March 31, 2011 judgment in the above-captioned case [Docket Entry #45]. The parties to the judgment are Lavin and Defendants Briefly Stated, Inc. and Briefly Stated Inc. Profit Sharing Plan. The attorneys of record for Lavin are

>   Peter D. DeChiara
>   COHEN, WEISS AND SIMON LLP,
>   330 West 42nd Street,
>   New York, New York 10036-6976

00180492.DOC.2

and the attorneys of record for Defendants are

>Jonathan M. Kozak
>JACKSON, LEWIS LLP
>One North Broadway, 15th Floor
>White Plains, New York 10601-2329
>
>Attorneys for the Briefly Stated, Inc. Profit-Sharing Plan
>
>and
>
>John J. Hay
>Salans LLP
>Rockefeller Center
>620 Fifth Avenue
>New York, NY 10020-2457
>Attorneys for Briefly Stated, Inc.

April 6, 2011

>*[signature]*
>_____
>Peter D. DeChiara (PD 0719)
>COHEN, WEISS AND SIMON LLP
>330 West 42nd Street
>New York, New York 10036-6976
>Tel: (212) 563-4100
>Fax: (212) 695-5436
>pdechiara@cwsny.com
>
>Attorneys for Plaintiff John E. Lavin

```
Court Name: District Court
Division: 1
Receipt Number: 465401033291
Cashier ID: lcurtis
Transaction Date: 04/06/2011
Payer Name: COHEN WEISS AND SIMON LLP

NOTICE OF APPEAL/DOCKETING FEE
 For: COHEN WEISS AND SIMON LLP
 Amount:        $455.00
----------------------------------
CHECK
 Check/Money Order Num: 7761
 Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

09CV8610
```